IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YASIR SALEEM GAINEY,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 23-2340 |
| | : | |
| **FAMILY COURT OF PHILADELPHIA,** | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 3rd day of August 2023, upon consideration of Plaintiff Yasir Saleem Gainey's motion to proceed *in forma pauperis* (DI 1), and *pro se* Complaint (DI 2) it is

**ORDERED**:

1. Mr. Gainey's motion for leave to proceed *in forma pauperis* (DI 1) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** as legally frivolous for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

/s/ *John F. Murphy*
**MURPHY, J.**